MAHANEY, Appellant, v. TUTTLE et al., Respondents. (Supreme Court, Appellate Divi-

sion, Fourth Department. October 13, 1909.) Action by Nora Mahaney against Charles H. Tuttle and others. No opinion. Judgment affirmed, with costs.